**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 25 EM 2019
                                  :
                    Respondent    :
                                  :
                                  :
                                  :
              v.                  :
                                  :
                                  :
                                  :
ERIC ROGERS AND THE (ESTATE OF    :
SYLVIA ROGERS),                   :
                                  :
                    Petitioner    :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 1st day of July, 2019, the Application for King's Bench Matter and/or Extraordinary Relief and the Request to Have Judgment Entered are DENIED.